**RCO Legal, P.S.**
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131
www.rcolegal.com

Honorable Judge Timothy W Dore
Chapter 7
Hearing Location: Seattle

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE

NANCY LYNN SPICKLER

DEBTOR.

NO.: 14-17054-TWD

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

The undersigned declares and states:

1. I am of legal age, not a party to the above captioned action, and competent to be a witness.

2. I am the attorney for Wells Fargo Home Mortgage ("Movant").

3. Attached hereto as Exhibit "A" is a true and correct copy of the Trustee's Deed recorded on September 4, 2014 in the King County records under recording number 20140904000706. This copy was obtained from the public records.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Dated this 4th day of November, 2014.

_/s/ John McIntosh_
John McIntosh
Attorney for Movant

Declaration in Support of Motion for Relief from Stay
14-17054-TWD
Page - 1

RCO LEGAL, P.S. | 13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131

Case 14-17054-TWD    Doc 11    Filed 11/04/14    Ent. 11/04/14 14:10:43    Pg. 1 of 1